**Opinion issued September 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00771-CR
## NO. 01-25-00772-CR

———————————

## IN RE DENARD MCCLAIRNE, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

In these two related mandamus proceedings, relator Denard McClairne complains of a municipal judge's order denying his motion to dismiss misdemeanor charges against him.[1]

---

[1] The underlying cases are *State of Texas v. Denard McClairne*, cause number 1942315, and *State of Texas v. Denard McClairne*, cause number 1942316, both pending in the Municipal Court of Missouri City, the Honorable Debra Sinclair presiding.

Because we lack jurisdiction to issue a writ of mandamus against a municipal court judge, and relator has not demonstrated any threat to our jurisdiction, we dismiss relator's petitions for writ of mandamus for lack of jurisdiction. *See* TEX. GOV'T CODE § 22.221(a)–(c); *In re Chang*, 176 S.W.3d 451, 452 (Tex. App.— Houston [1st Dist.] 2004, orig. proceeding). Any pending motions are likewise dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).